NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE ANTHONY TOPETE,**<br><br>                                  Petitioner,<br><br>       v.<br><br>**JARED D. LAZANO, Warden,**<br><br>                                  Respondent. | Case No. EDCV 19-00678-DSF (JPR)<br><br>**STIPULATED PROTECTIVE ORDER** |

The undersigned agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 26(c)(1), the Court enters a Protective Order concerning the personal identifying information (as defined by California Code of Civil Procedure section 237) of the seated jurors from *People v. Topete*, San Bernardino County Superior Court case number FBA1000764. This information (consisting of names, addresses, and telephone numbers) shall be sealed and is referred to herein as the "Protected Material."

2. All Protected Material must be clearly so designated by labeling it as "CONFIDENTIAL" in a manner that does not prevent reading the contents of the documents.

3.       All Protected Material shall be used solely in connection with litigating the federal habeas corpus matter of *Topete v. Lazano*, United States District Court case number 19-cv-00678-DSF-JPR.

4.       The Protected Material shall not be disclosed to anyone, except for the Court and its necessary personnel, the Attorney General's Office and Petitioner's federal habeas counsel, and may be used by the following: (1) Petitioner's federal habeas legal team, i.e., lawyers, paralegals and investigators working directly on his federal habeas case; and (2) the Attorney General's legal team, i.e., lawyers, paralegals and investigators working directly on Petitioner's federal habeas case. All such individuals shall be provided with a copy of this Protective Order, shall comply with the terms and conditions set forth in this stipulation and order, and shall not disclose any of the Protected Material to any other person not designated in this paragraph.

5.       No party shall disclose any personal juror identifying information, i.e., Protected Material, to Petitioner, George Anthony Topete, without a prior order from this Court.  Violations of this Protective Order may subject the violator to sanctions, including contempt.

6.       To ensure that juror confidentiality is maintained, the parties agree that the Protected Material shall be filed under seal simultaneous with an application to file the Protected Material under seal.  The application shall comply with the applicable court rules.  Any document that is not Protected Material in its entirety does not need to be filed under seal if the confidential portions can be redacted.  In such cases, when a document can be redacted, a redacted version for public viewing, omitting only the Protected Material shall be filed.  At the same time, an unredacted version shall be submitted under seal simultaneously with an application to file that unredacted version under seal, and a copy of the unredacted version and application to file it under seal shall be sent to opposing counsel.  The application shall comply with Local Civil Rule 79-5.

7.  This Order is continuing in nature and shall apply, unless and until it is modified or withdrawn by this Court.

## STIPULATION

The undersigned parties agree and stipulate to the above restrictions governing the personal juror identifying information from *People v. Topete*, San Bernardino County Superior Court case number FBA1000764, as set forth above in the Proposed Protective Order.

*/s/ Lise S. Jacobson*
LISE S. JACOBSON
Deputy Attorney General
*Attorneys for Respondent*

*/s/ Patrick Morgan Ford*
PATRICK MORGAN FORD
*Attorney for Petitioner*

IT IS SO ORDERED.

Dated: April 28, 2020

_____
Hon. Jean P. Rosenbluth
United States Magistrate Judge