JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANTHONY TOPETE,<br><br>          Petitioner,<br><br>     v.<br><br>DANIEL CUEVA, Acting Warden,<br><br>          Respondent. | Case No. EDCV 19-0678-DSF (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: November 20, 2023

*Dale S. Fischer*
DALE S. FISCHER
U.S. DISTRICT JUDGE